**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JUSTIN LAVON WOOD,                            *
                                             *
                    Plaintiff,                *
v.                                           *
                                             *        No. 5:10-cv-00179-JJV
MICHAEL J. ASTRUE, Commissioner,             *
Social Security Administration,               *
                                             *
                    Defendant.                *

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed

with prejudice.

IT IS SO ORDERED this 10th day of August, 2011.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE

1